IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|  | : |  |
| v. | : |  |
|  | : | No. 12-cr-372 & 14-mc-174 |
| YEVGENY LUNGIN | : |  |

## O R D E R

**AND NOW**, this 17th day of August, 2015, upon consideration of third-party Boris

Kovalenko's petition for a hearing to adjudicate the validity of his interest in the forfeited

2007 Audi Q7 Quattro (Doc. No. 1, 14-mc-174), after an ancillary hearing on the issue,

and after review of the parties' briefs, it is hereby **ORDERED** that the petition is

**DENIED**, as explained in the accompanying memorandum.

BY THE COURT:

/s/Lawrence F. Stengel
LAWRENCE F. STENGEL, J.

1